IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WAVEFRONT TECHNOLOGY SOLUTIONS INC. | § § § § | |
| *Plaintiff*, | § | |
| vs. | § | Case No. 4:16-CV-03214 |
| | § | |
| IMPACT TECHNOLOGY SYSTEMS AS, AMERICAN RESOURCES, INC. and MMB OIL, LLC, | § § § § | **JURY TRIAL DEMANDED** |
| *Defendants*. | § § | |

## JOINT MOTION TO ENTER INJUNCTION AND ORDER OF DISMISSAL

Plaintiff Wavefront Technology Solutions Inc. ("Wavefront") and defendants Impact Technology Systems AS ("ITS"), American Resources, Inc. ("ARI") and MMB Oil, LLC ("MMB") (collectively "Defendants") represent that they have reached a settlement of this action, and pursuant to such settlement jointly move for the entry of an Injunction and Order of Dismissal in the form submitted herewith.

Attorneys for Plaintiff:

/s/  C. Dale Quisenberry                   Dated: June 15, 2017
C. Dale Quisenberry
State Bar No. 24005040
dquisenberry@pqelaw.com
John T. Polasek
State Bar. No. 16088590
tpolasek@pqelaw.com
POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
6750 West Loop South, Suite 920
Bellaire, Texas 77401
Telephone: (832) 778-6000
Facsimile: (832) 778-6010

Attorneys for Defendants:

/s/ Lee L. Kaplan                                                    Dated: June 15, 2017
Lee L. Kaplan
State Bar No. 11094400
lkaplan@skv.com
Tyler G.Doyle
State Bar No. 24072075
tydoyle@skv.com
Hector R. Chavez
State Bar No. 24078335
hchavez@skv.com
Smyser Kaplan & Veselka, L.L.P.
700 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713)221-2300
Facsimile: (713) 221-2320

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 15th day of June, 2017, with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ *C. Dale Quisenberry*